UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

RALPH DAVID VANEATON and )
GLORIA J. VANEATON, )
    Plaintiffs, )
     )
  vs. ) 3:04-cv-112 RLY/WGH
     )
GLIMCHER PROPERTIES, LP, )
    Defendant. )

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER**

Plaintiffs Ralph and Gloria VanEaton's Amended Complaint consisted of two Counts: (I) alleging that Glimcher is in default because its sublease to Charter does not include an overage rent provision and (II) alleging that Glimcher owes the VanEatons $6,746.88 from its sublease to K-Mart. On September 8, 2005, the court granted summary judgment of Count I in Defendant Glimcher Properties, LP's favor. The matter is now before the court on the VanEatons' "Motion to Reconsider Ruling on Summary Judgment as to Count I."[1]

A motion to alter or amend judgment under Rule 59(e) requires the moving party to direct the court's attention to either newly discovered material evidence or to a

---

[1] The Motion was originally captioned as a "Motion to Reconsider Ruling on Summary Judgment as to Count I or, in the Alternative, Requesting the Court to Enter Partial Final Judgment as to Count I and to Vacate the Trial Date Pending the Decision by the Court of Appeals." The Motion to Reconsider was taken under advisement and the alternative request was denied by Magistrate Judge William G. Hussmann's Order of October 11, 2005 (Docket #103).

1

manifest error of law or fact. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000); *Johnny Blastoff, Inc. v. Los Angeles Rams Football Co.*, 188 F.3d 427, 439 (7th Cir. 1999). The VanEatons have not done so. This motion is not the appropriate vehicle for "rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1270 (7th Cir. 1996) (citing *In Re Oil Spill*, 794 F.Supp. 261, 267 (N.D.Ill. 1992), *aff'd*, 4 F.3d 997 (7th Cir. 1993)). The VanEatons' Motion to Reconsider is therefore **denied**.

Dated: December 9, 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to:

L. Edward Cummings
HART BELL LLC
ecummings@hartbell.com

Nathaniel Mark Ewing
HART BELL LLC
mewing@hartbell.com

Max Eric Fiester
RUDOLPH FINE PORTER & JOHNSON
mef@rfpj.com

Michael R. Reed
SQUIRE SANDERS & DEMPSEY LLP
mreed@ssd.com

Ross E. Rudolph
RUDOLPH FINE PORTER & JOHNSON
rer@rfpj.com